GUSRAE KAPLAN NUSBAUM PLLC
ATTORNEYS AT LAW
120 WALL STREET
NEW YORK, NEW YORK 10005
(212) 269-1400

April 30, 2014

Mr. Anatole Shagalov
Still Life, LLC
50 Jayson Avenue
Great Neck, NY 11021

FOR PROFESSIONAL SERVICES RENDERED:

Invoice #45407

Re: Our File - Huber v. Arck Credit Co., et al. v. Still Life, LLC, et al.
      12cv-8175 (SDNY)

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/13/2014 | BDG | Reviewed court filings | 4.30 450.00/hr | 1,935.00 |
| 3/14/2014 | BDG | Meeting with client | 2.50 450.00/hr | 1,125.00 |
| 3/17/2014 | BDG | Telephone conference with Judd Grossman; telephone conference with client; reviewed counsel bios; add case to court alert | 1.10 450.00/hr | 495.00 |
| 3/18/2014 | BDG | Telephone conference with client | 2.20 450.00/hr | 990.00 |
| 3/20/2014 | BDG | Reviewed order and compare email to client; calendar dates and email same; telephone conference with Avi Kappel; telephone conference with Ari Goodmand | 1.00 450.00/hr | 450.00 |

|            |     |                                                                                                                                                                                                                                                                           | Hrs/Rate         | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 3/25/2014  | BDG | Reviewed docket entry; prepared and sent email to client; telephone conference with client                                                                                                                                                                                | 0.60 450.00/hr   | 270.00 |
| 3/26/2014  | BDG | Reviewed new order; telephone conference with Ari Goodman re: case and files; telephone conference and email exchanges with Ari Kappel re: case and files; prepared and sent email to client                                                                              | 0.50 450.00/hr   | 225.00 |
| 3/27/2014  | BDG | Telephone conference with client; reviewed docket sheet entries, affidavits of services and prior court order, federal rule civil procedure 4 in CPLR service provisions; began analysis and email to client                                                              | 1.30 450.00/hr   | 585.00 |
| 3/31/2014  | BDG | Reviewed file; telephone conference with Mat Hoffman; telephone conference with Linda March, Esq.                                                                                                                                                                         | 0.80 450.00/hr   | 360.00 |
| 4/1/2014   | BDG | Telephone conference with Linda March; researched Still Life on Delaware secretary of state website; email exchanges with client; drafted letter to March authorizing release of files; emailed same for counter signature; supervise creation of Worldox sub-folder and transfer of documents to same; edit draft notice of appearance; email authroization to March | 1.10 450.00/hr   | 495.00 |
| 4/10/2014  | BDG | Reviewed notice and review new filings; forward same to client; email exchanges with Mat Hoffman                                                                                                                                                                          | 0.25 450.00/hr   | 112.50 |
| 4/14/2014  | BDG | Reviewed contact information and escrow requirement for art transaction                                                                                                                                                                                                   | 0.40 450.00/hr   | 180.00 |
| 4/17/2014  | BDG | Reviewed status; email exchanges with client                                                                                                                                                                                                                              | 0.10 450.00/hr   | 45.00  |
| 4/18/2014  | BDG | Filed notice of appearance                                                                                                                                                                                                                                                | 0.50 450.00/hr   | 225.00 |

Mr. Anatole Shagalov                                                                 Page    3

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 4/21/2014 BDG | Filed away efiling confirmation; telephone conference with Linda March re: files | 0.10<br>450.00/hr | 45.00 |
| 4/23/2014 BDG | Email exchanges with Linda March and Avi Kappel re: files; telephone conference with client | 0.30<br>450.00/hr | 135.00 |
| 4/24/2014 BDG | Telephone conference with Avi Kappel re: no administrator appointment; sent email forwarding authorization for files | 0.20<br>450.00/hr | 90.00 |
| 4/28/2014 BDG | Telephone conference with client; reviewed status | 0.20<br>450.00/hr | 90.00 |
| | For professional services rendered | 17.45 | $7,852.50 |
| 4/24/2014 | Payment - thank you | | ($1,500.00) |
| | Total payments and adjustments | | ($1,500.00) |
| | Balance due | | $6,352.50 |

This statement reflects all services, disbursements and payments as of the date of this statement

GUSRAE KAPLAN NUSBAUM PLLC
ATTORNEYS AT LAW
120 WALL STREET
NEW YORK, NEW YORK 10005
(212) 269-1400

May 31, 2014

Mr. Anatole Shagalov
Still Life, LLC
50 Jayson Avenue
Great Neck, NY 11021

FOR PROFESSIONAL SERVICES RENDERED:

Re: Our File - Huber v. Arck Credit Co., et al. v. Still Life, LLC, et al.
   12cv-8175 (SDNY)

|  | Amount |
|---|---:|
| Previous balance | $6,352.50 |
| Balance due | $6,352.50 |

This statement reflects all services, disbursements and payments as of the date of this statement